FILED by DG D.C.

Aug 30, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20709-CR-WILLIAMS/TORRES**

CASE NO. _____

18 U.S.C. § 876(c)

UNITED STATES OF AMERICA

v.

JOEL LEROY HUFFMAN,

        **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Mailing Threatening**
**Communications to a United States Judge**
**(18 U.S.C. § 876(c))**

On or about May 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOEL LEROY HUFFMAN,**

did knowingly and willfully cause to be delivered by the United States Postal Service, a communication addressed to 99 N.E. 4th Street, Miami, Florida 33132, containing a threat to injure J.E.M., a United States judge, in that the defendant wrote, "You'll be better off putting a bullet in your head before I do cause I will kill you one way or another to prove my point….[E]verybody needs you gone so just cut your wrist, put a bullet in your head, do

something to rid yourself from society because if not I will," in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|

v.

JOEL LEROY HUFFMAN,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami      ___ Key West
___ FTL        ___ WPB       ___ FTP

New Defendant(s)           Yes ___ No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_       Petty      ___
   II   6 to 10 days       ___       Minor      ___
   III  11 to 20 days      ___       Misdem.    ___
   IV   21 to 60 days      ___       Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 771007

*Penalty Sheet(s) attached                                                    REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOEL LEROY HUFFMAN

**Case No**: _____

Count #: 1

Mailing Threatening Communication to a United States Judge

Title 18, United States Code, Section 876(c)

**\*Max. Penalty**: 10 Years' Imprisonment

Count #:

**\* Max. Penalty**:

Count #:

**\*Max. Penalty**:

Count #:

**\*Max. Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.