UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-20709-CR-Williams/Torres</u>

UNITED STATES OF AMERICA

v.

JOEL LEROY HUFFMAN,

      **Defendant.**

_____/

## FACTUAL BASIS FOR PLEA

If this case were to proceed to trial, the United States would prove, beyond a reasonable doubt, the following facts, among others. This factual basis is being provided for the limited purpose of establishing a factual basis for the defendant's guilty plea pursuant to Fed. R. Crim. Pro. 11(b) (3) and is not inclusive of all the facts the United States would offer and prove at trial. The defendant, by his signature below, admits and agrees to the facts set out below.

On or about May 9, 2018, Joel Leroy Huffman knowingly wrote a threatening letter that was addressed to Judge Jose Martinez, 99 NE 4th Street, Miami, Florida, within the Southern District of Florida.

The letter was sent through the United States Postal Service and was received in the chambers of Judge Martinez, a United States District Court Judge. Huffman sent the letter intending to contain a true threat to injure Judge Martinez and knowing that the letter would be viewed as a true threat.

Within the body of the handwritten letter, Huffman wrote: "You'll be better off putting a bullet in your head before I do cause I will kill you one way or another to prove my point." Further, in the letter he wrote: "everybody needs you gone so just cut your wrist, put a bullet in your head, do something to rid yourself from society because if not I will."

The letter was sent to the FBI lab in order to determine whether there were any fingerprints, and if so, to whom they belonged. FBI lab made a positive identification, finding Huffman's prints on the letter.

Date: 2-6-19

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

Date: 2-6-19

ALEJANDRA LOPEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 2/6/19

CHRISTIAN DUNHAM
ATTORNEY FOR DEFENDANT

Date: 2/6/19

JOEL LEROY HUFFMAN
DEFENDANT